IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-205-D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **DEFAULT**<br>ARADILLAS PERSONAL PROPERTY, )<br>SPECIFICALLY DESCRIBED AS: )<br>A SMITH & WESSON, MODEL .38 CALIBER)<br>PISTOL, SERIAL NUMBER 2J8481, AND )<br>ANY AND ALL RELATED AMMUNITION, )<br>)<br>Defendants. ) | |

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 29th day of Nov, 2010.

DENNIS P. IAVARONE
Clerk

BY: _____
Clerk
United States District Court