UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>ARADILLAS PERSONAL PROPERTY,    )<br>*Specifically described as:*    )<br>*A Smith & Wesson, Model .38 Caliber*    )<br>*Pistol, Serial Number 2J8481, and any*    )<br>*and all related ammunition*,    )<br>    Defendants.    )<br>    ) | **JUDGMENT**<br><br>No. 5:10-CV-205-D |

**Decision by Court.**

    **IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America; and

4. The United States Department of Homeland Security is hereby directed to dispose of the defendants according to law, including destruction.

    <u>**This Judgment Filed and Entered on January 7, 2011, and Copies To:**</u>
Stephen A. West (Via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>January 7, 2011</u><br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><u>/s/ Debby Sawyer</u><br>(By) Deputy Clerk |
| Raleigh, North Carolina | |